# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **JAMES N PRATHER JR** | **CASE NO. 6:21-CV-00101** |
| **VERSUS** | **JUDGE JUNEAU** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Rec. Doc. 14) is DENIED.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 1st day of September, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE